IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ITL INTERNATIONAL, INC., d/b/a<br>MARS CARIBBEAN AND CENTRAL<br>AMERICA, f/d/b/a MASTER FOODS<br>INTERAMERICA; and<br>MARS INCORPORATED | **PLAINTIFFS** |
| v. | CAUSE NO. 1:10CV476-LG-RHW |
| DISTRIBUIDORA COMERCIAL<br>AMERICANA, S.A. de C.V.; and<br>D'CASA, S.A. de C.V. | **DEFENDANTS** |

**JUDGMENT**

This matter having come on to be heard on the Motion to Dismiss [14] filed by Defendant D'CASA, S.A. de C.V., and the Motion to Dismiss [16] filed by Defendant Distribuidora Comercial Americana, S.A. de C.V., the Court, after a full review and consideration of the motions and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, D'CASA, S.A. de C.V. and Distribuidora Comercial Americana, S.A. de C.V. Plaintiffs' claims against the Defendants are hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE